UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JASON BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1303AGF (LMB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On June 19, 2012, Magistrate Judge Blanton filed his recommendation that the Court affirm the decision of the Commissioner denying Plaintiff Jason Bell's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-34, and Supplemental Security Income under Title XVI of the Act, *Id.* §§ 1381-1383f. Neither party has filed an objection to the recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that the Commissioner's decision be affirmed.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Lewis M. Blanton is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.  (Doc. No. 17.)

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying Plaintiff Jason Bell's application for Disability Insurance Benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-34, and Supplemental Security Income under Title XVI of the Act, *Id.* §§ 1381-1383f  is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2012.